UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LELAND R. JOHNSON,

    Plaintiff,

v.                                CASE NO. 8:17-cv-1384-T-23MAP

KEVIN BROOKS, et al.,

    Defendants.
_____/

## **ORDER**

Appearing *pro se*, the plaintiff sues (Doc. 6) under Section 1983 a "cook at Golden Coral," the "Polk County Sheriff," Attorney General Pam Bondi, and the Lakeland Police Department. The amended complaint alleges that the Golden Corral cook "used . . . my utility bill to become me" (Doc. 6 at 3), that the cook's "mother work[s] for the sheriff dept [s]o the defendant was known by the agency" (Doc. 6 at 4), that the "state d[e]stroyed public record on this matter" (Doc. 6 at 4), and that "the incident happen[ed] in 3/9/1994." (Doc. 6 at 4) The plaintiff requests $12.5 million "to pay for having my name in the[] system for 25 years." (Doc. 6 at 4)

In a thorough report, Magistrate Judge Pizzo recommends (Doc. 7) dismissing the action for frivolity and for failure to state a claim. In a one-page paper, Johnson objects (Doc. 8) because "my evidence is proof [and] my confusing allegations is supported by fact," but Johnson fails to identify facts sufficient to state a claim

against any of the defendants.  The objection (Doc. 8) is **OVERRULED**, the report and recommendation (Doc. 7) is **ADOPTED**, the motion (Doc. 2) for leave to proceed *in forma pauperis* is **DENIED**, and the action is **DISMISSED**.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on August 9, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE