UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LELAND R. JOHNSON,

    Plaintiff,

v.                                  CASE NO. 8:17-cv-1384-T-23MAP

KEVIN BROOKS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Before the Court is Plaintiff's Affidavit of Indigency that is construed as a Motion to Proceed on Appeal *In Forma Pauperis* (doc. 12). On August 25, 2017, the Plaintiff filed a Notice of Appeal challenging the Court's denial of his motion to proceed *in forma pauperis* and dismissal of his amended complaint (doc. 10).

Notwithstanding his apparent indigent status, Plaintiff has no absolute right to appeal *in forma pauperis.* To the contrary, his ability to appeal without prepayment of fees and costs is conditioned by 28 U.S.C. § 1915(a)(3), which provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." *Id.; see also Busch v. County of Volusia,* 189 F.R.D. 687, 691 (M.D.Fla. 1999). An appeal that is plainly frivolous is not taken in good faith. *See United States v. Youngblood,* 116 F.3d 1113, 1115 (5th Cir. 1997). *See generally Napier v. Preslicka,* 314 F.3d 528, 531 (11th Cir. 2002) (action is frivolous for § 1915 purposes if it is without arguable merit either in law or in fact); *Bilal v. Driver,* 251 F.3d 1346, 1349 (11th Cir. 2001) (same); *Carroll v. Gross,* 984 F.2d 392, 393 (11th Cir. 1993) (case is frivolous for

IFP purposes if, at any stage of the proceedings, it appears the plaintiff "has little or no chance of success").

For the same reasons cited by the district judge in the order dismissing the Plaintiff's amended complaint (doc. 9), I find that the Plaintiff has failed to identify any colorable basis for appeal or for concluding that the Court's order dismissing the amended complaint was in error. Moreover, the Court has been unable to discern any such basis. Accordingly, this Court concludes that the instant appeal is not taken in good faith, that it is plainly frivolous, and that Plaintiff has little or no chance of success. He is therefore ineligible for *in forma pauperis* status pursuant to 28 U.S.C. § 1915(a)(3).

ACCORDINGLY, it is hereby

RECOMMENDED:

1. that Plaintiff's Motion to Proceed *In Forma Pauperis* (doc. 12) be DENIED.

IT IS SO REPORTED in Tampa, Florida, on September 15, 2017.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).